## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HEATHER TYLER, Individually                                                                                PLAINTIFF
and on Behalf of all Persons Similarly Situated

v.                                         NO. 4:07CV00019 JLH

ALLTEL CORPORATION and ALLTEL
COMMUNICATIONS, INC.                                                                           DEFENDANTS

## **ORDER**

Jim L. Julian, local counsel of record for defendants, has filed a motion for Hojoon Hwang, Jeremy Kroger, and Henry Weissmann to appear *pro hac vice* on behalf of defendants. The motion is GRANTED. Document #81. Hojoon Hwang, Jeremy Kroger, and Henry Weissmann are hereby admitted to appear before this Court *pro hac vice* as co-counsel for defendants in this action.

IT IS SO ORDERED this 13th day of February, 2009.

                                                                                      _____
                                                                                      J. LEON HOLMES
                                                                                      UNITED STATES DISTRICT JUDGE