# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HEATHER TYLER, individually                                                                PLAINTIFF
and on Behalf Of All Persons Similarly Situated

v.                              Case No. CV 4:07CV00019 JLH

ALLTEL CORPORATION and ALLTEL
COMMUNICATIONS, INC.                                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff Heather Tyler's Motion to file the reply declaration of Dr. Lee Selwyn ("Selwyn Reply") under seal. For good cause shown, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

SO ORDERED this 16th day of July , 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE