**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HEATHER TYLER, individually                                                        PLAINTIFF
and on Behalf Of All Persons Similarly Situated

v.                                    Case No. CV 4:07CV00019 JLH

ALLTEL CORPORATION and ALLTEL
COMMUNICATIONS, INC.                                                          DEFENDANTS

**ORDER**

Before the Court is Plaintiff Heather Tyler's Motion to file her reply memorandum and its

exhibits related to her motion to certify the Mr. Rescue Automatic Charge Class under seal. The

motion was unopposed.  For good cause shown, it is hereby ORDERED that Plaintiff's Motion is

GRANTED.

SO ORDERED this 17th day of July , 2009.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE