**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

HEATHER TYLER, individually                                                    PLAINTIFF
and on behalf of all persons similarly situated

v.                                             NO. 4:07CV00019 JLH

ALLTEL CORPORATION and ALLTEL
COMMUNICATIONS, INC.                                                    DEFENDANTS

## <u>ORDER</u>

PURSUANT TO THE STIPULATION of the Parties, Federal Rule of Civil Procedure 15(a)(2), and finding Good Cause therefore, this Court HEREBY ORDERS that Plaintiff Heather Tyler is granted permission to file the Third Amended Class Action Complaint attached to the Parties' Stipulation to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) filed on March 24, 2010.

IT IS SO ORDERED this 24th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE