## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HEATHER TYLER, individually                                                                PLAINTIFF
and on behalf of all persons similarly situated

v.                                            NO. 4:07CV00019 JLH

ALLTEL CORPORATION and ALLTEL
COMMUNICATIONS, INC.                                                                      DEFENDANTS

### ORDER APPOINTING SETTLEMENT ADMINISTRATOR

PURSUANT TO THE STIPULATION of the parties and the terms of the Stipulation and Agreement of Settlement granted preliminary approval on April 15, 2010, the Court approves the selection and appointment of EPIQ Class Action and Claims Solutions, Inc., located at 10300 SW Allen Blvd., Beaverton, OR 97005, as the Settlement Administrator for the purposes of this class action settlement.

IT IS SO ORDERED this 19th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE