IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HEATHER TYLER, individually                                                                PLAINTIFF
and on behalf of all persons similarly situated

v.                                          NO. 4:07CV00019 JLH

ALLTEL CORPORATION and ALLTEL
COMMUNICATIONS, INC.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Final Approval Order entered separately today, all claims brought by Heather Tyler in her Third Amended Complaint against Alltel Corporation and Alltel Communications, Inc., are dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE